# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors.[1] | |
| Yellow Corporation, | |
| Plaintiff, | |
| vs. | Adv. No. 25-51426 |
| Hightowers Petroleum Company, | |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME FOR**
**DEFENDANT TO RESPOND TO THE COMPLAINT**

Yellow Corporation (the "Plaintiff" or "Debtor"), one of the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, and Hightowers Petroleum Company (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby further extended to and including December 31, 2025.

2. Defendant admits that Defendant is the proper party defendant as named in the Summons and Complaint.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3.      In exchange for Plaintiff's agreement to extend the response deadline, Defendant agrees to waive any issues relating to service of process of the Summons and Complaint.

| | |
|---|---|
| Dated: November 17, 2025 | Dated: November 17, 2025 |

| | |
|---|---|
| */s/ Peter J. Keane* | */s/ Matthew B. Goeller* |
| Laura Davis Jones (DE Bar No. 2436) | Matthew B. Goeller, DE Bar No. 6283 |
| Timothy P. Cairns (DE Bar No. 4228) | **K&L GATES LLP** |
| Peter J. Keane (DE Bar No. 5503) | 600 N. King Street, Suite 901 |
| Edward Corma (DE Bar No. 6718) | Wilmington, Delaware 19801 |
| **PACHULSKI STANG ZIEHL & JONES LLP** | Tel.: (302) 416-7082 |
| 919 North Market Street, 17th Floor | Email: matthew.goeller@klgates.com |
| P.O. Box 8705 | |
| Wilmington, Delaware 19801 | *-and-* |
| Telephone: (302) 652-4100 | |
| Facsimile: (302) 652-4400 | Brandy A. Sargent, *pro hac vice* forthcoming |
| Email: ljones@pszjlaw.com | **K&L GATES LLP** |
| tcairns@pszjlaw.com | One SW Columbia Street, Suite 1900 |
| pkeane@pszjlaw.com | Portland, Oregon 97204 |
| ecorma@pszjlaw.com | Tel.: (503) 228-3200 |
| | Fax: (503) 248-9085 |
| *-and-* | Email: brandy.sargent@klgates.com |
| | |
| **ASK LLP** | *Counsel for Defendant* |
| Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292 | |
| Kara E. Casteel, Esq., MN SBN 0389115 | |
| 2600 Eagan Woods Drive, Suite 400 | |
| St. Paul, MN 55121 | |
| Telephone: (651) 289-3846 | |
| Fax: (651) 406-9676 | |
| Email: kcasteel@askllp.com | |
| | |
| *Counsel for Plaintiff* | |