# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>YELLOW CORPORATION, *et al.*,<br><br>　　　　　　　　　　　　　　Debtors.[1] | Chapter 11<br><br>Case No. 23-11069 (CTG) |
| Yellow Corporation,<br><br>　　　　　　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Hightowers Petroleum Company,<br><br>　　　　　　　　　　　　　　Defendant. | Adv. No. 25-51426 |

## STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT

Yellow Corporation (the "Plaintiff" or "Debtor"), one of the debtors and debtors in possession (collectively, the "Debtors") in the above-captioned chapter 11 cases, and Hightowers Petroleum Company (the "Defendant" and, together with Plaintiff, the "Parties"), through their respective counsel, enter into this *Stipulation for Extension of Time For Defendant to Respond to the Complaint* (the "Stipulation") and hereby stipulate and agree as follows:

1. The Parties agree and stipulate that the time within which Defendant may answer, move, or otherwise plead to the Complaint [D.I. 1] is hereby further extended to and including March 2, 2026.

2. Defendant admits that Defendant is the proper party defendant as named in the Summons and Complaint.

---

[1] A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

3.      In exchange for Plaintiff's agreement to extend the response deadline, Defendant agrees to waive any issues relating to service of process of the Summons and Complaint.

Dated: January 27, 2026                                              Dated: January 27, 2026

/s/ Peter J. Keane                                                            /s/ Matthew B. Goeller
Laura Davis Jones (DE Bar No. 2436)                       Matthew B. Goeller, DE Bar No. 6283
Timothy P. Cairns (DE Bar No. 4228)                       K&L GATES LLP
Peter J. Keane (DE Bar No. 5503)                             600 N. King Street, Suite 901
Edward Corma (DE Bar No. 6718)                           Wilmington, Delaware 19801
PACHULSKI STANG ZIEHL & JONES LLP           Tel.: (302) 416-7082
919 North Market Street, 17th Floor                         Email: matthew.goeller@klgates.com
P.O. Box 8705
Wilmington, Delaware 19801                                   Brandy A. Sargent, *pro hac vice* forthcoming
Telephone: (302) 652-4100                                       K&L GATES LLP
Facsimile: (302) 652-4400                                        One SW Columbia Street, Suite 1900
Email: ljones@pszjlaw.com                                     Portland, Oregon 97204
tcairns@pszjlaw.com                                               Tel.: (503) 228-3200
pkeane@pszjlaw.com                                              Fax: (503) 248-9085
ecorma@pszjlaw.com                                              Email: brandy.sargent@klgates.com

-and-                                                                         *Counsel for Defendant*

ASK LLP
Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292
Kara E. Casteel, Esq., MN SBN 0389115
2600 Eagan Woods Drive, Suite 400
St. Paul, MN  55121
Telephone: (651) 289-3846
Fax: (651) 406-9676
Email:kcasteel@askllp.com

*Counsel for Plaintiff*